IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COFFEYVILLE RESOURCES REFINING & MARKETING, LLC,<br><br>                Plaintiff,<br>vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION,<br>ILLINOIS UNION INSURANCE COMPANY,<br>NATIONAL UNION FIRE INSURANCE COMPANY<br>   OF PITTSBURGH, PA,<br>WESTCHESTER FIRE INSURANCE COMPANY,<br><br>                Defendants. | Case No. 08-1204-WEB-KMH |

### ORDER OF DISMISSAL WITH PREJUDICE

NOW, upon review of the Joint Stipulation of Coffeyville Resources Refining & Marketing, LLC ("Coffeyville Resources"), and Liberty Surplus Insurance Corporation ("Liberty"), that Coffeyville Resources' cause of action against Liberty has been fully and completely settled, the Court grants the parties' Joint Motion to dismiss Coffeyville Resources' cause of action against Liberty with prejudice to the bringing of any future action.  It is, therefore,

CONSIDERED, ORDERED, ADJUDGED AND DECREED, that Coffeyville Resources' cause of action against Liberty is dismissed with prejudice, with each party to bear its own costs and expenses.

                                              s/Wesley E. Brown
                                              Honorable Wesley E. Brown
                                              United States District Court Judge

APPROVED:

SMITHYMAN & ZAKOURA, CHARTERED


By:   s/ Lee M. Smithyman
    Lee M. Smithyman, KS #9391
    750 Commerce Plaza II
    7400 West 110th Street
    Overland Park, KS  66210-2362
    (913) 661-9800 / Fax:  (913) 661-9863
    Email:  lee@smizak-law.com

ATTORNEYS FOR PLAINTIFF



WALLACE, SAUNDERS, AUSTIN,
BROWN & ENOCHS, CHARTERED


By:   s/ Timothy J. Finnerty
    Timothy J. Finnerty, KS #10946
    400 O.W. Garvey Center, 200 W. Douglas
    Wichita, KS 67202
    Telephone: (316) 269-2100
    Fax: (316) 269-2479
    Email: tjf@wsabe.com


HINSHAW & CULBERTSON LLP
    David A. Grossbaum
    Justin M. Fabella
    One International Place, 3rd Floor
    Boston, MA 02110
    Telephone: (617) 213-7000
    Fax: (617) 213-7001
    Email: dgrossbaum@hinshawlaw.com
        jfabella@hinshawlaw.com

ATTORNEYS FOR DEFENDANT LIBERTY
SURPLUS INSURANCE CORPORATION