IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COFFEYVILLE RESOURCES REFINING & MARKETING, LLC,<br>                Plaintiff,<br>vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, ILLINOIS UNION INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and WESTCHESTER FIRE INSURANCE COMPANY,<br>                Defendants. | Case No. 08-1204-WEB-KMH |

## DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S EXPERT WITNESS DISCLOSURES

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") by and through its undersigned counsel, hereby submits the following Fed. R. Civ. P. 26(a)(2)(B) expert disclosures. National Union may use the following expert witnesses at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence:

1.     Philip Roy Watters, P.E., M.B.A.
       Rimkus Consulting Group, Inc.
       Eight Greenway Plaza, Suite 500
       Houston, Texas 77046

Mr. Watters will testify regarding the response activities undertaken by Plaintiff Coffeyville Resources Refining & Marketing, LLC (Plaintiff) and its adjusters with respect to the flood that took place at Plaintiff's Coffeyville, Kansas refinery on June 30 and July 1, 2007.

Mr. Watters' opinions and the support for these opinions are contained in Mr. Watter's Expert Report. National Union is serving this report on all counsel of record pursuant to Fed. R. Civ. P. 26(a)(2)(B).

2.     J. Russell Dillon
       Dillon & Witt, Inc.
       6925 West 151st Terrace
       Overland Park, Kansas 66223

Mr. Dillon will testify regarding his review and evaluation of the residential appraisals performed for Plaintiff with respect to Plaintiff's Residential Purchase Program.

Mr. Dillon's opinions and the support for these opinions are contained in Mr. Dillon's Expert Report. National Union is serving this report on all counsel of record pursuant to Fed. R. Civ. P. 26(a)(2)(B). Mr. Dillon's report is preliminary in nature. National Union reserves the right to allow Mr. Dillon to amend his opinion if necessary upon the completion of Bernie Shaner's deposition and the Court's ruling upon National Union's Motion to Extend the Court's December 2, 2008 Order to Allow Additional Time for Defendants to Disclose Expert Witnesses.

Dated: February 17, 2009

Respectfully Submitted:

*/s/* Corlin J. Pratt
Corlin J. Pratt, #12213
Terry L. Unruh, #10084
SHERWOOD, HARPER, DAKAN,
UNRUH & PRATT, LC
833 N. Waco
Wichita, KS 67203
Phone: (316) 267-1281
Fax: (316) 267-4086
E-mail: corlin.pratt@swbell.net
E-mail: terry.unruh@swbell.net

- and -

Mark W. Zimmerman, Illinois Bar No. 6217087
Colleen A. Brown, Illinois Bar No. 6269463
Timothy F. Jacobs, Illinois Bar No. 6269993
CLAUSEN MILLER
10 South LaSalle Street
Chicago, Illinois 60603-1098
Telephone: (312) 855-1010
Facsimile: (312) 606-7777
E-Mail: mzimmerman@clausen.com
E-Mail: cbrown@clausen.com
E-Mail: tjacobs@clausen.com

*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2009, I electronically filed the foregoing **Expert Witness Disclosures** with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following and that the written reports accompanying the Disclosures were also sent via electronic mail this day to the following:

| | |
|---|---|
| Lee M. Smithyman | lee@smizak-law.com |
| Douglas Y. Curran | dcurran@stinson.com |
| Scott C. Hecht | shecht@stinson.com |
| Edmund S. Gross | esgross@cvrenergy.com |
| Mark D. Hinderks | mhinderks@stinson.com |
| Thomas E. Birsic | thomas.birsic@klgates.com |
| Carl D. Hill | carl.hill@klgates.com |
| Scott C. Schillings | sschillings@hinklaw.com |
| Joseph A. Ziemianski | jziemianski@cozen.com |
| Bryan P. Vezey | bvezey@cozen.com |
| Peter B. Magnuson | pmagnuson@cozen.com |

/s/ Corlin J. Pratt
Corlin J. Pratt, #12213