# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**COFFEYVILLE RESOURCES** )
**REFINING & MARKETING, et. al.,** )
)
      **Plaintiffs,** )
)
**v.** )    Case No. 08-1204-WEB
)
**LIBERTY SURPLUS INSURANCE** )
**CORPORATION, et al.,** )
)
      **Defendants.** )
)

## **ORDER**

Plaintiff's motion to quash subpoenas directed to non-parties (Doc. 70) was taken under advisement pending a report by counsel. On February 17, 2009, plaintiff advised that its motion is now moot. Accordingly, plaintiff's motion to quash (**Doc. 70**) is **MOOT** and therefore **DENIED.**

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 18th day of February 2008.

                                          S/ Karen M. Humphreys
                                          _____
                                          KAREN M. HUMPHREYS
                                          United States Magistrate Judge