FILED
United States Court of Appeals
Tenth Circuit

June 15, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

COFFEYVILLE RESOURCES REFINING & MARKETING, LLC,

    Plaintiff - Appellant/ Cross-Appellee,

v.

ILLINOIS UNION INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Defendants - Appellees/ Cross-Appellants.

Nos. 15-3064, 15-3068 and 15-3069
(D.C. No. 6:08-CV-01204-MLB)

---

## ORDER

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeals, these appeals are dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk